UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Benjamin Livingston,

    Plaintiff,

v.                                              Case No.:

USAA Casualty Insurance Company,

    Defendant.

_____/

## Plaintiff's First Complaint

Comes now, the Plaintiff, Benjamin Livingston, by and through the undersigned attorney and sues the defendant, USAA Casualty Insurance Company, and alleges:

## General Allegations

1. This is an action for damages in excess of Seventy-five Thousand Dollars ($75,000.00).

2. At all times material herein, the plaintiff, Benjamin Livingston, lived in Clearwater and was a resident of Pinellas County, Florida.

3. At all times material herein, Defendant, USAA Casualty Insurance Company, is a corporation doing business in the State of Florida as an insurance company and has business offices for the transaction of its customary business in Pinellas County, Florida.

4. On or about June 29, 2023, Benjamin Livingston was driving a 2014 Nissan Sentra, while being properly restrained, which was heading eastbound on SR 590 approaching Mission Hills Boulevard in Pinellas County, Florida.

5. At that time and place, an uninsured motorist, Seve Bilo Grayon, was driving a 2020 Hyundai Elantra, which was making a turn from Mission Hills Boulevard to head westbound on SR 590 in Pinellas County, Florida.

6. At that time and place, the uninsured motorist, Seve Bilo Grayon, negligently operated or maintained the motor vehicle so that it collided with the plaintiff's motor vehicle.

7. Plaintiff, Benjamin Livingston, realleges and incorporates into Count I all of the paragraphs of the "General Allegations" of this complaint as if the same were more specifically set forth herein, and further alleges:

8. Uninsured motorist, Seve Bilo Grayon, had a duty to exercise due care in the operation of his/her motor vehicle.

9. At the time of the accident, the uninsured motorist, Seve Bilo Grayon, breached that duty in one or more of the following ways:

    a. Driving carelessly;

    b. Becoming distracted by engaging in other activities;

    c. Failing to give due regard in attention to all attendant circumstances, including the roadway and all traffic within his/her zone of risk;

    d. Failing to keep a proper lookout;

    e.  Driving at an excessive speed for the roadway conditions; and

    f.  Otherwise being negligent in the operation of a motor vehicle.

  10. At that time and place, the uninsured motorist, Seve Bilo Grayon, negligently and carelessly operated and maintained the motor vehicle he/she was operating such that it collided with the vehicle Plaintiff was operating.

  11. As a direct and proximate result of the negligence of the uninsured motorist, Seve Bilo Grayon, the plaintiff, Benjamin Livingston, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental pain and anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

  12. At all times material herein, Plaintiff was insured under a policy of motor vehicle insurance issued by Defendant, USAA Casualty Insurance Company, and said policy provided uninsured motorist coverage, bearing policy number ████████7108. The declarations page and policy evidencing such coverage are attached hereto as Exhibit "A" and made a part this Complaint.

  13. The total of all bodily injury liability insurance available as a result of the subject incident is less than the damages sustained by the plaintiff.

14. Plaintiff has complied with all conditions precedent to the contract for policy number ███████7108 **Error! Bookmark not defined.**.

15. The policy contract represents the entire agreement by the parties, including the rights and responsibilities of all parties in the resolution and settlement of accident-related claims.

16. Plaintiff, Benjamin Livingston, is an insured person, entitled to benefits under the Uninsured Motorist portion of the policy.

Wherefore, Plaintiff, Benjamin Livingston, sues Defendant, USAA Casualty Insurance Company, and demands judgment for damages in an amount exceeding Seventy-five Thousand Dollars, exclusive of costs, against the defendant, and demands a trial by jury.

## NOTICE OF DESIGNATION OF PRIMARY E-MAIL ADDRESS FOR SERVICE BY ELECTRONIC MAIL

The law firm of The Nurse Lawyer, P.A. files this appearance as attorney of record for Plaintiff, Benjamin Livingston, in the above-styled cause, and pursuant to F.R.J.A. 2.516, designates the following e-mail address for service by electronic mail: **service@thenurselawyer.com**.

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

/s/ Jelena Miokovic

Jelena Miokovic, Esquire
The Nurse Lawyer P.A.
201 ALT 19 S
Palm Harbor, FL 34683
Telephone: 727-807-6182
Facsimile: 727-848-6182
Florida Bar No.: 1019258
Email: service@thenurselawyer.com
Attorney for Plaintiff